# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RICHARD A. MARTIN & CYNTHIA D. MARTIN  Case Number: 05-74948
1624 NELSON DRIVE
MACHESNEY PARK, IL  61115

SSN-xxx-xx-0834 & xxx-xx-0462

Case filed on: 9/20/2005
Plan Confirmed on: 4/27/2006

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $20,300.14     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 999 | RICHARD A. MARTIN | 0.00 | 0.00 | 1,818.19 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,818.19 | 0.00 |
| 001 | LITTON LOAN SERVICING LP | 19,793.07 | 8,835.93 | 8,835.93 | 0.00 |
| 002 | WINNEBAGO COUNTY TREASURER | 2,700.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 22,493.07 | 8,835.93 | 8,835.93 | 0.00 |
| 003 | AMERICAN RECOVERY SERVICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ARROW FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ARROW FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BRYAN APPLE MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAMELOT RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CEVEN CARE CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | COMED CO | 711.90 | 711.90 | 711.90 | 0.00 |
| 011 | DICK MARTIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | DYMACOL | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | E. WAYNE HESS, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | GENTLE FAMILY DENTISTRY | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | JON PRICE MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | KENNETH PETERSSEN MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | LAWRENCE PRABHAKAR MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | MICHAEL GERARD MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | NICOR GAS | 504.35 | 504.35 | 504.35 | 0.00 |
| 020 | ONYX WASTE SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | OSF COMMON BUSINESS OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | OSF ST ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | PATEL FALGUNI MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | PAUL N ROMANELLI DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | PHYSICIANS IMMEDIATE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ROCK VALLEY PATHOLOGISTS LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ROCKFORD ANESTHESIOLOGISTS | 101.20 | 101.20 | 101.20 | 0.00 |
| 028 | ROCKFORD CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ROCKFORD HEALTH PHYSICIANS | 278.50 | 278.50 | 278.50 | 0.00 |
| 030 | ROCKFORD MERCANTILE AGENCY INC | 1,897.84 | 1,897.84 | 1,897.84 | 0.00 |
| 031 | ROCKFORD SURGICAL SERVICES SC | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | ST ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | THEODORE FORD MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | VAN RU CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | YELLOW BOOK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | MUTUAL MANAGEMENT SERVICES | 363.50 | 363.50 | 363.50 | 0.00 |
| 038 | VERIZON DIRECTORIES | 390.00 | 390.00 | 390.00 | 0.00 |
| 039 | CAPITAL ONE | 1,123.29 | 1,123.29 | 1,123.29 | 0.00 |
| 040 | MUTUAL MANAGEMENT SERVICES | 2,333.75 | 0.00 | 0.00 | 0.00 |
| 041 | MUTUAL MANAGEMENT SERVICES | 807.68 | 0.00 | 0.00 | 0.00 |
| 042 | MUTUAL MANAGEMENT SERVICES | 1,609.95 | 0.00 | 0.00 | 0.00 |
| 043 | CAPITAL ONE | 277.04 | 277.04 | 277.04 | 0.00 |
|  | Total Unsecured | 10,399.00 | 5,647.62 | 5,647.62 | 0.00 |
|  | Grand Total: | 35,756.07 | 17,347.55 | 19,165.74 | 0.00 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $19,165.74 |
| Trustee Allowance: | $1,134.40 |
| Percent Paid Unsecured: | 100.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

      /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 05/14/2008          By  /s/Heather M. Fagan